**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS WELFARE FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS DEFERRED SAVINGS FUND, TRUSTEES OFTHE CHICAGO PAINTERS AND DECORATORS APPRENTICESHIP FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS SCHOLARSHIP FUND, AND TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS JOINT COOPERATION TRUST FUND, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 19-cv-8086<br><br>Judge Leinenweber |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| IBUILDERS CORP., an Illinois Corporation., and MARCO A. ROMERO, Individually, | ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION FOR JUDGMENT IN A SUM CERTAIN**

Plaintiffs, by and through their attorneys, DONALD D. SCHWARTZ, JAMES R. ANDERSON, GRANT R. PIECHOCINSKI, BRIAN C. JAMES and ARNOLD AND KADJAN, LLP, move this Court to enter judgment in favor of Plaintiffs and against the Defendants IBUILDERS CORP., an Illinois corporation, and MARCO A. ROMERO, Individually, in a sum certain. In support of their Motion, the Plaintiffs state as follows:

1. Plaintiffs filed this action on December 11, 2019. The corporate Defendant IBUILDERS CORP. ("IBUILDERS") was served with the Summons and Complaint on February 6, 2020. (Docket Entry #6). A Waiver of Service and Summons as to the individual Defendant,

MARCO A. ROMERO ("ROMERO"), was sent on March 4, 2020. Counsel filed appearances on behalf of both Defendants. (Docket Entry #8, #9, #10).

2.     Plaintiffs' Complaint sought an audit of the books and records of the corporate defendant. Defendants did not produce these records voluntarily and consequently, on October 30, 2020, Plaintiffs moved for an Order of Default and for an Order Compelling the Production of Documents for an audit.

3.     On November 5, 2020, this Court granted Plaintiffs' Motion for Order of Default and Order compelling production of records. (Docket Entry 11). Defendants failed to fully comply with this order and, on February 5, 2021, Plaintiffs' filed a Motion for Rule to Show Cause (Docket Entry #33). This was eventually withdrawn without prejudice on March 24, 2021 (Docket Entry #39).

4.     The original audit was completed and emailed to counsel for Defendant.

5.     Defendant posed certain objections, and a revised audit report was issued and emailed to Defendant on September 9, 2021.

6.     On November 10, 2021, Defendant requested a settlement demand and Plaintiffs provided their Demand on November 16, 2021.

7.     On December 20, 2021, Plaintiffs provided an itemization of the Demand, the same day it was requested by Defendants.

8.     Since December 20, 2021, counsel for Defendants has stated he would respond to the Demand, but this has never happened, despite the undersigned following up on numerous occasions.

9.     Since issuing the revised Demand, there have been three (3) court hearings.

2

At each hearing, defense counsel indicated that he would respond with a counter-offer. At the most recent hearing in March, 2022, counsel stated—minutes before the hearing—that a response had in fact been sent to Plaintiffs. However, after conferring with the undersigned, counsel corrected his comments on the record during the hearing and noted that no response was actually sent. At this time, counsel indicated that a response would be provided to Plaintiffs in the coming weeks. Once again, no response has been sent to Plaintiffs by Defendants.

10.     This case was filed more than two (2) years ago and has been characterized by Defendants' dilatory conduct, by **taking more than one (1) year to produce records for an audit** and now by simply failing to respond to Plaintiffs' demand to bring this matter to a resolution. Exasperated by Defendants' non-cooperation, this Motion follows.

11.     According to the Affidavit of Richard Wolf, attached hereto as "**Exhibit 1**", based upon the findings of a fringe benefit fund contribution compliance audit for the period from July 1, 2016 through August 31, 2020, IBUILDERS owes $45,593.78 to Plaintiffs, consisting of $9,048.05 for contributions, $1,357.21 for liquidated damages, $4,410.00 in audit costs, plus $2,481.56 in discrepancies in contributions and $28,296.96 for accumulated liquidated damages for reports not paid in accordance with the due dates in the applicable collective bargaining agreements (Ex. 1 – Wolf Affidavit ¶¶ 4-7 )

12.     Plaintiffs have also incurred $19,171.00 in reasonable costs and attorneys' fees. *See* "**Exhibit 2**" – Brian James Attorney Fee Affidavit.

13.     Therefore, Plaintiffs seek judgment in sum certain on Count I of the Complaint against IBUILDERS for the total amount of $64,764.78.

14.     As Defendants are in default, *all* allegations of the Complaint are deemed

admitted, including paragraphs 16 through 19 in Count II regarding the failure of IBUILDERS to provide a bond as required by the Collective Bargaining Agreement ("CBA") for the period of April 1, 2019 to August 31, 2020.

15.     The failure to provide bonding as required by the CBA imposed personal liability upon ROMERO.

16.     Accordingly, as the company was not bonded beginning with the work month of April, 2019, ROMERO is personally liable for amounts due to Plaintiffs from that month to the audit period ending August 31, 2020, which totals $32,032.22.

WHEREFORE, Plaintiffs pray that this Court grant the following relief:

A.  That a final judgment be entered in favor of Plaintiffs and against IBUILDERS in the amount of $64,764.78 for the audit period from July 1, 2016 through August 31, 2020; and

B.  That a final judgment be entered in favor of Plaintiffs and against ROMERO in the amount of $32,032.22 for the audit period from April 1, 2019 through August 31, 2020.

Respectfully submitted,

TRUSTEES OF THE CHICAGO PAINTERS, et. al

/s/ Brian C. James
One of Plaintiffs' attorneys

DONALD D. SCHWARTZ
JAMES R. ANDERSON
BRIAN C. JAMES
GRANT R. PIECHOCINSKI
ARNOLD AND KADJAN LLP
35 E. Wacker Drive, Suite 600
Chicago, Illinois 60601

4

(312)236-0415

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of April, 2022, a copy of foregoing was filed electronically.  Copies of this filing will be sent to counsel below via U.S. Mail, first class, postage prepaid.  Parties may access this filing through the Court's system.

>Bryan R. Kelsey
>Chitkowski Law Offices
>901 Warrenville Road, Suite 103
>Lisle, Illinois 60532
>(630) 824-4808
>
>*Attorney for Defendants*

>/s/Brian C. James
>*One of Plaintiffs' Attorneys*

DONALD D. SCHWARTZ
JAMES R. ANDERSON
BRIAN C. JAMES
GRANT R. PIECHOCINSKI
ARNOLD AND KADJAN LLP
35 East Wacker Drive, Suite 600
Chicago, Illinois 60601
(312) 236-0415